# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

Case No.  **CV 17-1575-JFW (JEMx)**                                     Date: May 15, 2017

Title:  Farzad Toutouni, et al. -v- The Guardian Life Insurance Company of America, et al.

**PRESENT:**
   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
           None                                                                         None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE RE: SANCTIONS**

In the Declaration of Edith S. Shea in Support of Defendant's Motion for Judgment on the Pleadings, filed May 12, 2017 [Docket No. 19-2], counsel for Defendant The Guardian Life Insurance Company of America ("Defendant") represents that counsel for Plaintiffs Farzad Tony Toutouni and Arthur Grant d/b/a Jerry Wolfe (collectively, "Plaintiffs") failed to respond to Defendant's efforts to comply with Local Rule 7-3.  Accordingly, Plaintiffs are ordered to show cause, in writing, by May 18, 2017 why the Court should not impose sanctions in the amount of $1,500 against Plaintiffs or dismiss this action for Plaintiffs' failure to cooperate with counsel and comply with the Court's Standing Order and the Local Rules.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  See Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions and dismissal of this action.

   IT IS SO ORDERED.